# United States Court of Appeals
## For the First Circuit

No. 06-1957

DIANE TODISCO,

Plaintiff, Appellant,

v.

VERIZON COMMUNICATIONS, INC.,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on August 6, 2007, is amended as follows:

Page 9, line 2: remove underlining and extra space in "the_ terms"

Page 13, line 7: change "These cases" to "<u>Glista</u> and <u>Bard</u>"

Page 17, line 5: change "different than" to "different from"